1  Geoffrey R. W. Smith (CSBN 49947)
   GRWSLawyer@aol.com
2  GEOFFREY SMITH PLLC
   1350 I Street, NW, Suite 900
3  Washington, D.C. 20005
   Telephone: (202) 625-1224
4  Facsimile: (202) 333-1637

5  Philip S. Beck (Pro Hac Vice to be filed)
   philip.beck@bartlit-beck.com
6  Lindley J. Brenza (Pro Hac Vice to be filed)
   lindley.brenza@bartlit-beck.com
7  Kaspar J. Stoffelmayr (Pro Hac Vice to be filed)
   kaspar.stoffelmayr@bartlit-beck.com
8  Carolyn J. Frantz (Pro Hac Vice to be filed)
   carolyn.frantz@bartlit-beck.com
9  BARTLIT BECK HERMAN PALENCHAR & SCOTT
   54 West Hubbard Street, Suite 300
10 Chicago, IL 60610
   Telephone:  (312) 494-4411
11 Facsimile:   (312) 494-4440

12 Duncan Barr (CSBN 49259)
   dbarr@ocdb.com
13 Molly A. Kuehn (CSBN 230763)
   mkuehn@ocdb.com
14 O'CONNOR, COHN, DILLON & BARR
   2405 16th Street
15 San Francisco, CA 94103
   Telephone: (415) 281-8888
16 Facsimile:  (415) 503-4117

17 Attorneys for Defendant
   Bayer Corporation
18
   Marilyn A. Moberg (CSBN 126895)
19 mmoberg@reedrsmith.com
   Monica Y. Choi (CSBN 215847)
20 mchoi@reedsmith.com
   REED SMITH LLP
21 355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90017
22 Telephone: (213) 457-8000
   Facsimile: (213) 457-8080
23
   Richard Berkman (Pro Hac Vice to be filed)
24 Richard.Berkman@dechert.com
   R. David Walk, Jr. (Pro Hac Vice to be filed)
25 David.Walk@dechert.com
   DECHERT LLP
26 Cira Center
   2929 Arch Street
27 Philadelphia, PA 19104-2857
   Telephone:  (215) 994-4000
28 Facsimile: (215) 655-2684

DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
PURSUANT TO CIVIL L.R. 3-13

1

Case No. CV 08 3703

1  Attorneys for Defendant
2  Baxter Healthcare Corporation

3

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| Chang, Y.; Chen, C.; Chen, T-Y., individually and as successor in interest on behalf of Chen, H.; Chen, S. and Chen, C-Y., individually and as successors in interest on behalf of Chen, K. and Chen, L-Y.; Huang, Y. and Chen, P., individually and as successors in interest on behalf of Chen, N.; Chen, T. and Shih, M.; Chiu, C-F., individually and as successor in interest on behalf of Chiu, F.; Ho, C-L., and Ho, H-Y., individually and as co-personal representatives of the Estate of Ho, C-C.; Hsieh, Y. and Hsieh C., individually and as successors in interest on behalf of Hsieh, T.; Yang, M., individually and as successor in interest on behalf of Huang, Y.; Huang, Y-H.; Wu, M., individually and as successor in interest on behalf of Lai, C-Y.; Wu, M.; Li, C-H. and Wang, S.; Li, P. and Li, L-S., individually and as successors in interest on behalf of Li, C-C.; Li, P-W.; Li, S.; Liao, C.; Lin, C-M. and Lin, C-F., individually and as successors in interest on behalf of Lin, Che-H.; Lin, P., individually and as successor in interest on behalf of Lin, C-H.; Lin, Y., individually and as successor in interest on behalf of Lin, Chi-M.; Yang, K., individually and as successor in interest on behalf of Lin, S.; Liu, C-A. and Chang, Y-Y., individually and as successors in interest on behalf of Liu, C.; Liu, P., individually and as successor in interest on behalf of Liu, H.; Liu, Y. and Chuang, L.; Tai, A., individually and as successor in interest on behalf of Tai, M.; Tsai, C-H.; Huang, M-Y., individually and as successor in interest on behalf of Tsai, C-M.; Tsai, Y. and Huang, M-C., individually and as successors in interest on behalf of Tsai, H-T.; Li, A., individually and as successor in interest on behalf of Tsai, S.; Tseng, C.; Wang, M.; Yu, W., <br><br>Plaintiffs, <br><br>v. | **CASE NO.: CV 08 3703** <br><br>**E-FILED** <br><br>**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL L.R. 3-13** |

Bayer Corporation, Successor to Miles Laboratories and Miles, Inc.; Successor to Cutter Biological, and Cutter Laboratories, Inc. and Baxter Healthcare Corporation, and its Hyland Division,

Defendants.

In accordance with Civil Local Rule 3-13, Defendants Bayer Corporation[1] (hereinafter "Bayer") and Baxter Healthcare Corporation, improperly sued as "Baxter Healthcare Corporation, and its Hyland Divisions" (hereinafter "Baxter"), through undersigned counsel, hereby notify this Court of the following actions bearing a relationship to the Chang, et al. v. Bayer Corporation, et al. (Case No. CV 08 3703) and Peng, et al. v. Bayer Corporation, et al. (Case No. CV 08 3704) cases:[2]

1. Gullone, et al. v. Bayer Corporation, et al., Case No. C-03-2572 PJH, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

2. Bankston v. Bayer Corporation, et al., Case No. C-06-0783 SC, United States District Court for the Northern District of California No. (transferred to the MDL 986 in Northern District of Illinois);

3. Cardwell v. Bayer Corporation, et al., Case No. C-06-01138 MJH, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

---

[1] Miles Laboratories, Miles, Inc., Cutter Biological and Cutter Laboratories, Inc. do not exist as such as separate corporate entities. Through a series of mergers, acquisitions and changes of corporate name they are now part of Bayer Corporation.

[2] An Administrative Motion to Relate Cases for Chang, et al. v. Bayer Corporation, et al. (Case No. CV 08 3703) and Peng, et al. v. Bayer Corporation, et al. (Case No. CV 08 3704) is being filed concurrently with this Notice of Pendency of Other Action or Proceeding. Defendants believe and Plaintiffs' counsel agrees that the Chang and Peng cases are related.

4. <u>Davis v. Bayer Corporation, et al.</u>, Case No. C-06-01139 CW, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

5. <u>Miller v. Bayer Corporation, et al.</u>, Case No. C-06-2542 MJJ, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

6. <u>Durham v. Bayer Corporation, et al.</u>, Case No. C-06-3647 WDB, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

7. <u>Marley v. Bayer Corporation, et al.</u>, Case No. C-06-3798 MMC, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

8. <u>Yarborough v. Bayer Corporation, et al.</u>, Case No. C-06-04033 JL, United States District Court for the Northern District of California (transferred to the MDL 986 in North District of Illinois);

9. <u>Ho v. Bayer Corporation, et al.</u>, Case No. C-06-5667 MJJ, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

10. <u>Beverly v. Bayer Corporation, et al.</u>, Case No. C-06-6152 MEJ, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

1  11. <u>Thomas v. Bayer Corporation, et al.</u>, Case No. C 06-7533 CW, United States District
2      Court for the Northern District of California (transferred to the MDL 986 in Northern
3      District of Illinois);

5  12. <u>Page v. Bayer Corporation, et al.</u>, Case No. C 06-7930 MMC, United States District
6      Court for the Northern District of California MMC (transferred to the MDL 986 in
7      Northern District of Illinois);

9  13. <u>Atcherian v. Bayer Corporation, et al.</u>, Case No. C 07-0279 PJH, United States District
10     Court for the Northern District of California (transferred to the MDL 986 in Northern
11     District of Illinois);

13 14. <u>Matze v. Bayer Corporation, et al.</u>, Case No. C 07-0397 WHA, United States District
14     Court for the Northern District of California (transferred to the MDL 986 in Northern
15     District of Illinois).

17 15. <u>Bogle v. Bayer Corporation, et al.</u>, Case No. C 07-1195 CW, United States District Court
18     for the Northern District of California (transferred to the MDL 986 in Northern District
19     of Illinois);

21 16. <u>Sims v. Bayer Corporation, et al.</u>, Case No. C 07-1196 MMC, United States District
22     Court for the Northern District of California (transferred to the MDL 986 in Northern
23     District of Illinois).

25 17. <u>Boutsikaris v. Bayer Corporation, et al.</u>, Case No. C 07-2595 JCS, United States District
26     Court for the Northern District of California (transferred to the MDL 986 in Northern
27     District of Illinois);

1  18. <u>Stewart v. Bayer Corporation, et al.</u>, Case No. C 07-2596 JL, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois);

19. <u>Rice v. Bayer Corporation, et al.</u>, Case No. C 07-2680 SC, United States District Court for the Northern District of California (transferred to the MDL 986 in Northern District of Illinois).

All of these cases have been transferred from the Northern District of California to the Northern District of Illinois pursuant to 28 U.S. C. Section 1407 as part of <u>MDL-986: In re "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation</u> pending before The Honorable John F. Grady.  These actions bear a relationship to the <u>Chang</u> and <u>Peng</u> actions according to the criteria set forth in Civil L.R. 3-13(b) in that the instant action involves two of the same defendants as were involved in the prior actions, and arises out of substantially the same events in that all these actions allege; exposure of hemophiliacs to HIV and or HCV through their use of factor concentrates distributed by these defendants.

Dated: August 8, 2008                              GEOFFREY SMITH, PLLC


                                                   By:  /s/Geoffrey R. W. Smith
                                                        Geoffrey R. W. Smith


Attorneys for Defendant
Bayer Corporation

1  Dated: August 8, 2008

2                                    REED SMITH LLP

3

4                                    By: Geoffrey R.W. Smith on behalf of and with
                                         <u>authorization of Marilyn Moberg</u>
                                         Marilyn A. Moberg
5                                        Monica Y. Choi

6                                        Richard Berkman (*Pro Hac Vice* to be filed)
                                         David Walk (*Pro Hac Vice* to be filed)
7
                                         Attorneys for Defendant
8                                        Baxter Healthcare Corporation

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
PURSUANT TO CIVIL L.R. 3-13
7
Case No. CV 08 3703

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am a member of the bar of this court. My business address is GEOFFREY SMITH PLLC, 1350 I Street, NW, Suite 900, Washington, DC 20005.

On August 8, 2008, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet, as listed below.

**DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL L.R. 3-13**

Michael L. Baum, Esq.
    Email: mbaum@baumhedlundlaw.com
    Attorneys for Plaintiffs

Marilyn Ann Moberg, Esq.
    Email: mmoberg@reedsmith.com, noforiatta@reedsmith.com
    Attorneys for Defendant Baxter Healthcare Corporation

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 8, 2008, at Washington, D.C..

                /s/Geoffrey R. W. Smith