Geoffrey R. W. Smith (CSBN 49947)
GRWSLawyer@aol.com
GEOFFREY SMITH PLLC
1350 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 625-1224
Facsimile: (202) 333-1637

Philip S. Beck (Pro Hac Vice to be filed)
philip.beck@bartlit-beck.com
Lindley J. Brenza (Pro Hac Vice to be filed)
lindley.brenza@bartlit-beck.com
Kaspar J. Stoffelmayr (Pro Hac Vice to be filed)
kaspar.stoffelmayr@bartlit-beck.com
Carolyn J. Frantz (Pro Hac Vice to be filed)
carolyn.frantz@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60610
Telephone:  (312) 494-4411
Facsimile:   (312) 494-4440

Duncan Barr (CSBN 49259)
dbarr@ocdb.com
Molly A. Kuehn (CSBN 230763)
mkuehn@ocdb.com
O'CONNOR, COHN, DILLON & BARR
2405 16th Street
San Francisco, CA 94103
Telephone: (415) 281-8888
Facsimile:  (415) 503-4117

Attorneys for Defendant
Bayer Corporation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

---

DEFENDANT BAYER CORPORATION'S
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Chang, Y.; Chen, C.; Chen, T-Y., individually and as successor in interest on behalf of Chen, H.; Chen, S. and Chen, C-Y., individually and as successors in interest on behalf of Chen, K. and Chen, L-Y.; Huang, Y. and Chen, P., individually and as successors in interest on behalf of Chen, N.; Chen, T. and Shih, M.; Chiu, C-F., individually and as successor in interest on behalf of Chiu, F.; Ho, C-L., and Ho, H-Y., individually and as co-personal representatives of the Estate of Ho, C-C.; Hsieh, Y. and Hsieh C., individually and as successors in interest on behalf of Hsieh, T.; Yang, M., individually and as successor in interest on behalf of Huang, Y.; Huang, Y-H.; Wu, M., individually and as successor in interest on behalf of Lai, C-Y.; Wu, M.; Li, C-H. and Wang, S.; Li, P. and Li, L-S., individually and as successors in interest on behalf of Li, C-C.; Li, P-W.; Li, S.; Liao, C.; Lin, C-M. and Lin, C-F., individually and as successors in interest on behalf of Lin, Che-H.; Lin, P., individually and as successor in interest on behalf of Lin, C-H.; Lin, Y., individually and as successor in interest on behalf of Lin, Chi-M.; Yang, K., individually and as successor in interest on behalf of Lin, S.; Liu, C-A. and Chang, Y-Y., individually and as successors in interest on behalf of Liu, C.; Liu, P., individually and as successor in interest on behalf of Liu, H.; Liu, Y. and Chuang, L.; Tai, A., individually and as successor in interest on behalf of Tai, M.; Tsai, C-H.; Huang, M-Y., individually and as successor in interest on behalf of Tsai, C-M.; Tsai, Y. and Huang, M-C., individually and as successors in interest on behalf of Tsai, H-T.; Li, A., individually and as successor in interest on behalf of Tsai, S.; Tseng, C.; Wang, M.; Yu, W., <br><br>            Plaintiffs, <br><br>      v. <br><br>Bayer Corporation, Successor to Miles Laboratories and Miles, Inc.; Successor to Cutter Biological, and Cutter Laboratories, Inc. and Baxter Healthcare Corporation, and its Hyland Division, <br><br>            Defendants. | Case No.: CV 08 3703 (BZ) <br><br>E-FILED <br><br>**DEFENDANT BAYER CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** <br><br>U.S. Magistrate Judge Bernard Zimmerman |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

1  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
2  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
3  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

4  DATED:  August 25, 2008                    GEOFFREY SMITH, PLLC

By /s/ Geoffrey R. W. Smith
      Geoffrey R. W. Smith

BARTLIT BECK HERMAN PALENCHAR & SCOTT
Philip S. Beck (*Pro Hac Vice* to be filed)
Lindley J. Brenza (*Pro Hac Vice* to be filed)
Kaspar J. Stoffelmayr (*Pro Hac Vice* to be filed)
Carolyn J. Frantz (*Pro Hac Vice* to be filed)

O'CONNOR, COHN, DILLON & BARR
Duncan Barr
Molly A. Kuehn

Attorneys for Defendant
BAYER CORPORATION

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am a member of the bar of this court. My business address is GEOFFREY SMITH PLLC, 1350 I Street, NW, Suite 900, Washington, DC 20005.

On August 25, 2008, I electronically filed the following document(s):

**Defendant Bayer Corporation's Consent To Proceed Before A United States Magistrate Judge**

with the Clerk of the United States District Court for the Northern District of California, Oakland Division, using the CM/ECF system, and deposited copies thereof in the United States mail, first class postage prepaid, to the persons and at the addresses listed below**.**

Michael L. Baum
   BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
   12100 Wilshire Blvd., Suite 950
   Los Angeles, CA 90025
   Attorney for Plaintiffs

Marilyn Ann Moberg
   REED SMITH LLP
   355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90017
   Attorney for Defendant Baxter Healthcare Corporation

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 25, 2008, at Washington, D.C.


                              /s/_Geoffrey R. W. Smith_
                              Geoffrey R.W. Smith