1 | Geoffrey R. W. Smith (CSBN 49947)
GRWSLawyer@aol.com
2 | GEOFFREY SMITH PLLC
1350 I Street, NW, Suite 900
3 | Washington, D.C. 20005
Telephone: (202) 625-1224
4 | Facsimile: (202) 333-1637

5 | Philip S. Beck (Pro Hac Vice to be filed)
philip.beck@bartlit-beck.com
6 | Lindley J. Brenza (Pro Hac Vice to be filed)
lindley.brenza@bartlit-beck.com
7 | Kaspar J. Stoffelmayr (Pro Hac Vice to be filed)
kaspar.stoffelmayr@bartlit-beck.com
8 | Carolyn J. Frantz (Pro Hac Vice to be filed)
carolyn.frantz@bartlit-beck.com
9 | BARTLIT BECK HERMAN PALENCHAR & SCOTT
54 West Hubbard Street, Suite 300
10 | Chicago, IL 60610
Telephone:  (312) 494-4411
11 | Facsimile:  (312) 494-4440

12 | Duncan Barr (CSBN 49259)
dbarr@ocdb.com
13 | Molly A. Kuehn (CSBN 230763)
mkuehn@ocdb.com
14 | O'CONNOR, COHN, DILLON & BARR
2405 16th Street
15 | San Francisco, CA 94103
Telephone: (415) 281-8888
16 | Facsimile:  (415) 503-4117

17 | Attorneys for Defendant
Bayer Corporation
18 |

Marilyn A. Moberg (CSBN 126895)
19 | mmoberg@reedrsmith.com
Monica Y. Choi (CSBN 215847)
20 | mchoi@reedsmith.com
REED SMITH LLP
21 | 355 South Grand Avenue, Suite 2900
Los Angeles, CA 90017
22 | Telephone: (213) 457-8000
Facsimile: (213) 457-8080
23 |

Richard Berkman (Pro Hac Vice to be filed)
24 | Richard.Berkman@dechert.com
R. David Walk, Jr. (Pro Hac Vice to be filed)
25 | David.Walk@dechert.com
DECHERT LLP
26 | Cira Center
2929 Arch Street
27 | Philadelphia, PA 19104-2857
Telephone:  (215) 994-4000
28 | Facsimile: (215) 655-2684

STIPULATION TO STAY PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PENDING
OUTCOME OF PROCEEDINGS UNDER 28 U.S.C. § 1407 REGARDING TRANSFER TO MDL-986

1  Dated: $\frac{8}{25}$ _____, 2008          REED SMITH LLP

2

3                                            By: _MARILYN MOBERG/GRWS_
                                             On Behalf of And With Authorization of
4                                            Marilyn A. Moberg

5

6

7
   Attorneys for Defendant
8  Baxter Healthcare Corporation

9

10     All proceedings in the Northern District of California shall be stayed until the Judicial Panel

11  on Multidistrict Litigation completes the process currently in progress for determining if this case

12  will be transferred to MDL-986. If the Panel orders transfer, the stay shall remain in effect. If there

13
    is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel
14
15  order terminating the transfer proceedings or remanding the cases.

16  IT IS SO ORDERED,

17

18  Dated _____, 2008

19

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────
STIPULATION TO STAY PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PENDING
OUTCOME OF PROCEEDINGS UNDER 28 U.S.C. § 1407 REGARDING TRANSFER TO MDL-986

1 **PROOF OF SERVICE**

2

3     I am over the age of eighteen years and not a party to the within action.  I am a member of the

4 bar of this court.  My business address is GEOFFREY SMITH PLLC, 1350 I Street, NW, Suite 900,

5 Washington, DC 20005.

6

7     On August 25, 2008, I electronically filed the following document(s):

8
**Stipulation To Stay Proceedings In The Northern District Of California Pending Outcome Of**
9 **Proceedings Under 28 U.S.C. § 1407 Regarding Transfer To Mdl-986**

10

11 with the Clerk of the United States District Court for the Northern District of California, Oakland
Division, using the CM/ECF system, and deposited copies thereof in the United States mail, first
12 class postage prepaid, to the persons and at the addresses listed below.

13 Michael L. Baum
    BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
14     12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025
15     Attorney for Plaintiffs

16
Marilyn Ann Moberg
17     REED SMITH LLP
    355 South Grand Avenue, Suite 2900
18     Los Angeles, CA 90017
    Attorney for Defendant Baxter Healthcare Corporation
19

20     I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.  Executed on August 25, 2008, at Washington, D.C.

21

22

23 /s/Geoffrey R. W. Smith
    Geoffrey R.W. Smith
24

25

26

27

28

PROOF OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 9 2008

FILED
CLERK'S OFFICE,

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

### IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION          MDL No. 986

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-105)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION**                    MDL No. 986

## SCHEDULE CTO-105 - TAG-ALONG ACTIONS

### DIST. DIV. C.A. #          CASE CAPTION

CALIFORNIA NORTHERN
CAN  3  08-3703        Y. Chang, et al. v. Bayer Corp., et al.
CAN  3  08-3704        D-G Peng, et al. v. Bayer Corp., et al.

MASSACHUSETTS
MA   1  08-11241       Alex Arruda v. Bayer Corp., et al.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Y. CHANG et al,

                Plaintiff,

   v.

BAYER CORPORATION et al,

                Defendant.

_____/

Case Number: CV08-03703 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

R. David Walk
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2857

Richard L Berkman
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2857

Dated: August 26, 2008

                                Richard W. Wieking, Clerk
                                By: Simone Voltz, Deputy Clerk