Marilyn A. Moberg (CSBN 126895)
mmoberg@reedsmith.com
Monica Y. Choi (CSBN 215847)
mchoi@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

Richard Berkman (*Pro Hac Vice* to be filed)
richard.berkman@dechert.com
R. David Walk, Jr. (*Pro Hac Vice* to be filed)
david.walk@dechert.com
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2857
Telephone:  (215) 994-4000
Facsimile: (215) 655-2684

Attorneys for Defendant
Baxter Healthcare Corporation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Chang, Y.; Chen, C.; Chen, T-Y., individually and as successor in interest on behalf of Chen, H.; Chen, S. and Chen, C-Y., individually and as successors in interest on behalf of Chen, K. and Chen, L-Y.; Huang, Y. and Chen, P., individually and as successors in interest on behalf of Chen, N.; Chen, T. and Shih, M.; Chiu, C-F., individually and as successor in interest on behalf of Chiu, F.; Ho, C-L., and Ho, H-Y., individually and as co-personal representatives of the Estate of Ho, C-C.; Hsieh, Y. and Hsieh C., individually and as successors in interest on behalf of Hsieh, T.; Yang, M., individually and as successor in interest on behalf of Huang, Y.; Huang, Y-H.; Wu, M., individually and as successor in interest on behalf of Lai, C-Y.; Wu, M.; Li, C-H. and Wang, S.; Li, P. and Li, L-S., individually and as successors in interest on behalf of Li, C-C.; Li, P-W.; Li, S.; Liao, C.; Lin, C-M. and Lin, C-F., individually and as successors in interest on behalf of Lin, Che-H.; Lin, P., individually and as successor in interest on behalf of Lin, C-H.; Lin, Y., individually and as | Case No.: CV 08 3703 (BZ)<br><br>Related to:<br><br>Case No.: CV 08 3704 (JL)<br><br>E-FILED<br><br>**DEFENDANT BAXTER HEALTHCARE CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>U.S. Magistrate Judge Bernard Zimmerman |

successor in interest on behalf of Lin, Chi-M.; Yang, K., individually and as successor in interest on behalf of Lin, S.; Liu, C-A. and Chang, Y-Y., individually and as successors in interest on behalf of Liu, C.; Liu, P., individually and as successor in interest on behalf of Liu, H.; Liu, Y. and Chuang, L.; Tai, A., individually and as successor in interest on behalf of Tai, M.; Tsai, C-H.; Huang, M-Y., individually and as successor in interest on behalf of Tsai, C-M.; Tsai, Y. and Huang, M-C., individually and as successors in interest on behalf of Tsai, H-T.; Li, A., individually and as successor in interest on behalf of Tsai, S.; Tseng, C.; Wang, M.; Yu, W.,

     Plaintiffs,

  v.

Bayer Corporation, Successor to Miles Laboratories and Miles, Inc.; Successor to Cutter Biological, and Cutter Laboratories, Inc. and Baxter Healthcare Corporation, and its Hyland Division,

     Defendants.

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 21, 2008   REED SMITH LLP

           By _____
             Marilyn Moberg
             Monica Y. Choi

           DECHERT LLP
           Richard Berkman (*Pro Hac Vice* to be filed)
           David Walk (*Pro Hac Vice* to be filed)

           Attorneys for Defendant
           BAXTER HEALTHCARE CORPORATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On August 27, 2008, I served the following document(s) by the method indicated below:

**DEFENDANT BAXTER HEALTHCARE CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 27, 2008, at Los Angeles, California.

_____
Louise Clarke Stone

DOCSLA-15653489.1

| | |
|---|---|
| Geoffrey R. W. Smith<br>GRWSLawyer@aol.com<br>GEOFFREY SMITH PLLC<br>1350 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Tel:   202/625-1224<br>Fax:   202/333-1637<br><br>*Attorneys for Defendant Bayer Corporation* | Philip S. Beck<br>philip.beck@bartlit-beck.com<br>Lindley J. Brenza<br>lindley.brenza@bartlit-beck.com<br>Kaspar J. Stoffelmayr<br>kaspar.stoffelmayr@bartlit-beck.com<br>Carolyn J. Frantz<br>carolyn.frantz@bartlit-beck.com<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60610<br>Tel:   312/494-4411<br>Fax:   312/494-4410<br><br>*Attorneys for Defendant Bayer Corporation* |
| Duncan Barr<br>dbarr@ocdb.com<br>Molly A. Kuehn<br>mkuehn@ocdb.com<br>O'CONNOR, COHN, DILLON & BARR<br>2405 16th Street<br>San Francisco, CA 94103<br>Tel:   415/281-8888<br>Fax:   415/503-4117<br><br>*Attorneys for Defendant Bayer Corporation* | Richard Berkman<br>Richard.Berkman@dechert.com<br>R. David Walk, Jr.<br>David.Walk@dechert.com<br>DECHERT LLP<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA 19104-2857<br>Tel:   215/994-4000<br>Fax:   215/655-2684<br><br>*Attorneys for Defendant Baxter Healthcare Corporation* |
| Michael L. Baum<br>Frances M. Phares<br>BAUM HEDLUND ARISTEI & GOLDMAN PC<br>12100 Wilshire Boulevard, Suite 950<br>Los Angeles, CA 90024<br>Tel:   310/207-3233<br>Fax:   310/207-4204<br><br>*Attorneys for Plaintiffs* | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSLA-15653489.1

## Stone, Louise C.

| | |
|---|---|
| **From:** | Stone, Louise C. |
| **Sent:** | Wednesday, August 27, 2008 10:23 AM |
| **To:** | 'GRWSLawyer@aol.com'; 'philip.beck@bartlit-beck.com'; 'lindley.brenza@bartlit-beck.com'; 'kaspar.stoffelmayr@bartlit-beck.com'; 'carolyn.frantz@bartlit-beck.com'; 'dbarr@ocdb.com'; 'mkuehn@ocdb.com'; ZZ-Berkman, Richard; 'David.Walk@dechert.com' |
| **Cc:** | Moberg, Marilyn A.; Choi, Monica |
| **Subject:** | Y. Chang, et al. v. Bayer Corp, et al.; USDC Northern District Case CV 08 3703 (BZ) [related to CV 08 3704 (JL)] |
| **Attachments:** | Baxter Consent in Y Chang v. Bayer.pdf |



Baxter Consent in Y Chang v. B...

Attached hereto is DEFENDANT BAXTER HEALTHCARE CORPORATION'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE in the above-referenced matter.

**on behalf of Marilyn A. Moberg, Monica Y. Choi of Reed Smith LLP and Richard Berkman, R. David Walk, Jr. of DECHERT LLP, Attorneys for Defendant Baxter Healthcare Corporation**
**by Louise Clarke Stone**
PRACTICE ASSISTANT TO MARILYN A. MOBERG, JENNIFER L. DODGE AND BRETT B. GOODMAN
213.457.6422  (direct line)
*LStone@ReedSmith.com*

**Reed Smith**LLP
355 South Grand Avenue
29th Floor
Los Angeles, CA 90071
213.457.8000
Fax 213.457.8080

This e-mail is confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Louise Clarke Stone at 213.457.6422 or e-mail LStone@reedsmith.com if you need assistance.

1