1  Geoffrey R. W. Smith (CSBN 49947)
   GRWSLawyer@aol.com
2  GEOFFREY SMITH PLLC
   1350 I Street, NW, Suite 900
3  Washington, D.C. 20005
   Telephone: (202) 625-1224
4  Facsimile: (202) 333-1637

5  Philip S. Beck (Pro Hac Vice to be filed)
   philip.beck@bartlit-beck.com
6  Lindley J. Brenza (Pro Hac Vice to be filed)
   lindley.brenza@bartlit-beck.com
7  Kaspar J. Stoffelmayr (Pro Hac Vice to be filed)
   kaspar.stoffelmayr@bartlit-beck.com
8  Carolyn J. Frantz (Pro Hac Vice to be filed)
   carolyn.frantz@bartlit-beck.com
9  BARTLIT BECK HERMAN PALENCHAR & SCOTT
   54 West Hubbard Street, Suite 300
10 Chicago, IL 60610
   Telephone:  (312) 494-4411
11 Facsimile:   (312) 494-4440

12 Duncan Barr (CSBN 49259)
   dbarr@ocdb.com
13 Molly A. Kuehn (CSBN 230763)
   mkuehn@ocdb.com
14 O'CONNOR, COHN, DILLON & BARR
   2405 16th Street
15 San Francisco, CA 94103
   Telephone: (415) 281-8888
16 Facsimile:  (415) 503-4117

17 Attorneys for Defendant
   Bayer Corporation
18
19 Marilyn A. Moberg (CSBN 126895)
   mmoberg@reedrsmith.com
20 Monica Y. Choi (CSBN 215847)
   mchoi@reedsmith.com
21 REED SMITH LLP
   355 South Grand Avenue, Suite 2900
22 Los Angeles, CA 90017
   Telephone: (213) 457-8000
23 Facsimile: (213) 457-8080

24 Richard Berkman (Pro Hac Vice to be filed)
   Richard.Berkman@dechert.com
25 R. David Walk, Jr. (Pro Hac Vice to be filed)
   David.Walk@dechert.com
26 DECHERT LLP
   Cira Center
27 2929 Arch Street
   Philadelphia, PA 19104-2857
28 Telephone:  (215) 994-4000
   Facsimile: (215) 655-2684

STIPULATION TO STAY PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PENDING OUTCOME OF PROCEEDINGS UNDER 28 U.S.C. § 1407 REGARDING TRANSFER TO MDL-986

Attorneys for Defendant
Baxter Healthcare Corporation

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| Peng, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Bayer Corporation, et al.,<br><br>Defendants | BZ<br>**CASE NO.: CV 08 3704 (~~JL~~)**<br><br>**E-FILED**<br><br>**STIPULATION TO STAY PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PENDING OUTCOME OF PROCEEDINGS UNDER 28 U.S.C. § 1407 REGARDING TRANSFER TO MDL-986** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between counsel for Plaintiffs in the above captioned case currently pending in this Court, and Defendants BAYER CORPORATION and BAXTER HEALTHCARE CORPORATION ("Defendants"), that all proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation (hereinafter "the Panel") completes the proceedings now in progress to decide if this case will be transferred to MDL-986, currently pending before The Honorable John F. Grady in the Northern District of Illinois.

The transfer process has already been initiated by the issuance by the Panel of Conditional Transfer Order No. 105 on August 19, 2008 (a copy of which is attached hereto). Under the Panel's procedures, if no opposition is received within fifteen days of the date of the CTO, a "final" transfer order will be sent by the Panel to the Clerk of the Northern District of Illinois and upon filing there

that Court will have sole jurisdiction.

If the Panel transfers the case, the stay shall remain in effect. If, however, there is no transfer, or, upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the case. This stipulation may be signed by the parties in counterpart.

IT IS SO STIPULATED.

Dated: 8/25, 2008

BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.

By: Michael Baum /GRWS
On Behalf of And With Authorization of
Michael L. Baum

Attorneys for Plaintiffs

Dated: 8/25, 2008

GEOFFREY SMITH, PLLC

By: _____
Geoffrey R. W. Smith

Attorneys for Defendant
Bayer Corporation

| | | |
|---|---|---|
| 1 | Dated: 9/25, 2008 | REED SMITH LLP |
| 2 | | |
| 3 | | By: MARILYN MOBERG/GRWS |
| 4 | | On Behalf of And With Authorization of Marilyn A. Moberg |

Attorneys for Defendant
Baxter Healthcare Corporation

All proceedings in the Northern District of California shall be stayed until the Judicial Panel on Multidistrict Litigation completes the process currently in progress for determining if this case will be transferred to MDL-986. If the Panel orders transfer, the stay shall remain in effect. If there is no transfer, or upon remand following transfer, this stay shall expire 30 days following the Panel order terminating the transfer proceedings or remanding the cases.

IT IS SO ORDERED,

Dated Sept. 17, 2008    BY: Bernard Zimmerman
Bernard Zimmerman
United States
Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]

STIPULATION TO STAY PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PENDING OUTCOME OF PROCEEDINGS UNDER 28 U.S.C. § 1407 REGARDING TRANSFER TO MDL-986

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action.  I am a member of the bar of this court.  My business address is GEOFFREY SMITH PLLC, 1350 I Street, NW, Suite 900, Washington, DC 20005.

On August 25, 2008, I electronically filed the following document(s):

**Stipulation To Stay Proceedings In The Northern District Of California Pending Outcome Of Proceedings Under 28 U.S.C. § 1407 Regarding Transfer To Mdl-986**

with the Clerk of the United States District Court for the Northern District of California, Oakland Division, using the CM/ECF system, and deposited copies thereof in the United States mail, first class postage prepaid, to the persons and at the addresses listed below**.**

Michael L. Baum
    BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
    12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025
    Attorney for Plaintiffs

Marilyn Ann Moberg
    REED SMITH LLP
    355 South Grand Avenue, Suite 2900
    Los Angeles, CA 90017
    Attorney for Defendant Baxter Healthcare Corporation

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on August 25, 2008, at Washington, D.C.


                    /s/Geoffrey R. W. Smith
                    Geoffrey R.W. Smith

```
                                           JUDICIAL PANEL ON
                                        MULTIDISTRICT LITIGATION

                                              AUG 19 2008

                                                 FILED
                                             CLERK'S OFFICE
```

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION                MDL No. 986

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-105)

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 265 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD
PRODUCTS" PRODUCTS LIABILITY LITIGATION         MDL No. 986

### SCHEDULE CTO-105 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN   3   08-3703        Y. Chang, et al. v. Bayer Corp., et al.
  CAN   3   08-3704        D-G Peng, et al. v. Bayer Corp., et al.

MASSACHUSETTS
  MA    1   08-11241       Alex Arruda v. Bayer Corp., et al.